IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LEO WILLIAMS, JR.                                                                                    PLAINTIFF

      v.                            Civil No. 6:10-cv-06041

SHERIFF PRESTON GLENN,
Pike County, Arkansas                                                                         DEFENDANT

### **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff, Leo Williams, Jr. (hereinafter Williams), filed this action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

On March 8, 2011 (Doc. 12, Doc. 13 & Doc. 14), Defendant filed a motion for summary judgment. On March 17, 2011, an order (Doc.15) was entered directing Williams to complete an attached notice regarding the summary judgment motion. The notice required Williams to state whether he would file a response to the summary judgment motion on his own or was requesting the Court's assistance by the preparation of a questionnaire.

Williams was directed to return the attached notice by April 8, 2011. Williams was advised (Doc. 15) that if he failed to return the attached notice by April 8, 2011, the case would be subject to summary dismissal for failure to obey the order of this Court and failure to prosecute this action.

To date, Williams has not returned the notice. He has not requested an extension of time to file the notice. The Court's order was sent to the address contained on the docket sheet. This address was provided to the Court by Williams. The order and attached notice have not been returned as undeliverable.

-1-

I therefore recommend that this case be dismissed based on Williams' failure to obey the order of the court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 19th day of April 2011.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE