IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LEO WILLIAMS, JR.                                                    PLAINTIFF

v.                              Case No. 10-6041

SHERIFF PRESTON GLENN,
Pike County, Arkansas                                                DEFENDANT

**ORDER**

Now on this 25th day of May 2011, there comes on for consideration the report and recommendation filed herein on April 19, 2011, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 16). No objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED based on Plaintiff's failure to comply with the order of the Court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**